No. 09-11037. William Lee Brothers, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

562 U.S. 1171, 131 S. Ct. 981, 178 L. Ed. 2d 809, 2011 U.S. LEXIS 114.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 860, 131 S. Ct. 133, 178 L. Ed. 2d 81, 2010 U.S. LEXIS 6342.